UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE ENCAR ARNOLD,<br><br>              Plaintiff,<br><br>      v.<br><br>NEW YORK LIFE INSURANCE<br>COMPANY,<br><br>              Defendant. | Case No.  24-cv-06941-EKL (SVK)<br><br>**ORDER DENYING WITHOUT<br>PREJUDICE PLAINTIFF'S MOTION<br>TO COMPEL DISCOVERY**<br><br>Re: Dkt. No. 59 |

On September 2, 2025, Plaintiff filed a motion "for an order compelling disclosure or discovery such as Admissions, Interrogatories, oral deposition [and] productions."  Dkt. 59 ("Motion").  Although the motion is noticed before the presiding judge, all discovery matters have been referred to the undersigned magistrate judge for resolution, including motions to compel discovery.

The Court **DENIES WITHOUT PREJUDICE** Plaintiff's motion for two reasons.

First, absent a stipulation or court order, discovery is not permitted until after the Parties have conferred as required by Rule 26(f).  Fed. R. Civ. P. 26(d)(1).  As noted in Defendant's objections and responses to Plaintiff's discovery requests (attached to Plaintiff's declaration in support of her Motion as Ex. A), discovery is premature as the Parties have not yet conferred pursuant to Rule 26(f) and Defendant has not stipulated to this discovery.  *See, generally*, Dkt. 58.

Second, the Court's Standing Order for Civil Cases sets out procedures to be followed in the event of a discovery dispute.  *See* Judge van Keulen's Civil and Discovery Referral Matters Standing Order, *available at* https://cand.uscourts.gov/wp-content/uploads/judges/van-keulen-svk/SvK-Civil-and-Discovery-Referral-Matters-Standing-Order-June-2024.pdf.  Plaintiff's motion is improper under the Standing Order.  If Plaintiff wants to renew her request after the Rule 26(f)

conference in this case, she must follow the procedures set forth in the undersigned's standing order.  This includes, among other things:  meeting and conferring with Defendant; filing a **joint statement, not a motion**; and submitting a **joint summary chart** of the discovery responses that remain in dispute.  All Parties should review the Standing Order with care.

**SO ORDERED.**

Dated: September 10, 2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge